United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOBIG LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TIMOTHY WOBIG, et al.,<br><br>　　　　　Defendants. | Case No.  25-cv-08624-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Spero for consideration of whether the case is related to *Wobig v. Lurie*, Case No. 25-cv-8353-JCS.  Any statement of opposition or support in response to this referral must be filed in the lowest-numbered case pursuant to Civil Local Rule 3-12(e).

**IT IS SO ORDERED.**

Dated: October 15, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge